**07 CV 3748**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paul Sutherland Photography LLC
Plaintiff

-v-

The McGraw Hill Companies and
Dr. Lewis Kohl
Defendant

Case No. JUDGE RAKOFF

Rule 7.1 Statement

RECEIVED
MAY 11 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Paul Sutherland Photography LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. N/A

Date: 5/11/07

Signature of Attorney

Attorney Bar Code: 5553

Form Rule7_1.pdf