RAKOFF, J.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

PAUL SUTHERLAND PHOTOGRAPHY LLC

                    Plaintiff,              07 CV 3748
                                             (Judge Rakoff)
          -against-

THE MCGRAW HILL COMPANIES and
DR. LEWIS KOHL

                    Defendants.
------------------------------------x
```

Stipulation and Order Extending
Time to Answer Complaint

The parties by their attorneys agree that the time of defendant The McGraw-Hill Companies, Inc. to answer the complaint is extended to and including June 27, 2007.

_____          _____
Edward C. Greenberg P.C. (ECG 553)        Richard Dannay (RD 9407)
Attorney for Plaintiff                     Cowan, Liebowitz & Latman, P.C.
570 Lexington Avenue, 17th Floor           Attorneys for Defendant
New York, NY  10022                         The McGraw-Hill Companies, Inc.
212-697-8777                                1133 Avenue of the Americas
                                            New York, NY  10036
                                            212-790-9200

So Ordered:

_____
U.S.D.J.
6-5-07

22151/022/793087.1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-07
```