```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
PAUL SUTHERLAND PHOTOGRAPHY, LLC.

                    Plaintiff,
                                              APPEARANCE
          -against-
                                              Case Number:
THE MCGRAW HILL COMPANIES and DR.             07 CIV 3748
LEWIS KOHL

                    Defendants.
-------------------------------------------X
```

To the Clerk of the Court and all parties of record:

Enter my appearance as counsel in this case for Dr. Lewis Kohl. I certify that I am admitted to practice in this court.

Dated: Tarrytown, New York
       June 20, 2007

*Yours, etc.*

_____
Gustavo L. Vila (GV0436)
KUCZINSKI, VILA & ASSOCIATES, LLP
Attorneys for Defendant
DR. LEWIS KOHL
220 White Plains Road, 2nd Floor
Tarrytown, New York 10591
(914) 347-7333

TO:

EDWARD C. GREENBURG, P.C. (ECG 553)
Attorney for Plaintiff
100 Park Avenue, 33rd Floor
New York, New York 10017
(212) 697-8777

STATE OF NEW YORK, COUNTY OF NEW YORK    s.s.:

### AFFIDAVIT OF SERVICE BY MAIL

Gustavo L. Vila, Esq., being duly sworn, deposes and says that deponent is a member of the firm of Kuczinski, Vila & Associates, LLP, the attorneys for Dr. Lewis Kohl, is over the age of eighteen and is not a party to this action.

On June 20, 2007, deponent served the within Notice of Appearance upon:

EDWARD C. GREENBURG, P.C. (ECG 553)
Attorney for Plaintiff
100 Park Avenue, 33rd Floor
New York, New York 10017
(212) 697-8777

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in - a post office - official depository under the exclusive care and custody of the United States post office department within the State of New York.

Gustavo L. Vila (GV0436)

Sworn to before me
this 20 Day of June 2007

GLADYS S. OVADIA
Notary Public, State of New York
No. 01OV5062843
Qualified in Rockland County
Commission Expires July 8, 2010

INDEX NO.: 07 CIV 3748

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SUTHERLAND PHOTOGRAPHY, LLC.

    Plaintiff,

 -against-

THE MCGRAW HILL COMPANIES and DR. LEWIS KOHL

    Defendants.

## NOTICE OF APPEARANCE

**Kuczinski, Vila & Associates, LLP.**
Attorneys for Defendant
Dr. Lewis Kohl
220 White Plains Road
Tarrytown, New York 10591
(914) 347-7333

### CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. §130-1.1a

  Gustavo L. Vila, Esq. hereby certifies that, pursuant to 22 N.Y.C.R.R. §130-1.1a, the foregoing NOTICE OF APPEARANCE is not frivolous nor frivolously presented.

Dated: Tarrytown, New York
   June 20, 2007

            Gustavo L. Vila (GV0436)

***PLEASE TAKE NOTICE***

☐ that the within is a true copy of a    entered in the office of the clerk of the within named Court on .

☐ that a  of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court at  , on at 9:30 a.m.

         Kuczinski, Vila & Associates, LLP.
         Attorneys for Defendant
         Dr. Lewis Kohl
         220 White Plains Road
         Tarrytown, New York 10591
         (914) 347-7333

GLV/cmp