UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

PAUL SUTHERLAND PHOTOGRAPHY LLC                    ECF CASE

                      Plaintiff,                   07 CV 3748
                                                   (Judge Rakoff)
          -against-
                                                   CORPORATE DISCLOSURE
THE MCGRAW HILL COMPANIES and                      STATEMENT
DR. LEWIS KOHL


                      Defendants.

------------------------------------x


        This  document  is  submitted  under  Fed. R. Civ. P.  7.1(a).

The McGraw-Hill  Companies,  Inc.,  has  no  parent  corporation  and  no

publicly-held  corporation  owns  10%  or  more  of  its  stock.

Dated:  June 25, 2007
        New York, NY


                                 s/ Richard Dannay
                                 Richard Dannay (RD-9407)
                                 COWAN, LIEBOWITZ & LATMAN, P.C.
                                 1133 Avenue of the Americas
                                 35th Floor
                                 New York, NY 10036-6799
                                 Phone (212) 790-9200

                                 Attorneys for Defendant
                                 The McGraw-Hill Companies, Inc.

                                 (Sued as shown in caption)


22151/022/795507.1