UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

PAUL SUTHERLAND PHOTOGRAPHY LLC                    ECF CASE

              Plaintiff,                    07 CV 3748
                                            (Judge Rakoff)
    -against-

THE MCGRAW HILL COMPANIES and
DR. LEWIS KOHL

              Defendants.
------------------------------------x

<u>ANSWER TO CROSS-CLAIM OF DR. LEWIS KOHL
AND CROSS-CLAIM AGAINST DR. LEWIS KOHL</u>

Defendant, The McGraw-Hill Companies, Inc., by its attorneys, Cowan, Liebowitz & Latman P.C., for its Answer to Cross-Claim of Dr. Lewis Kohl ("Kohl") and Cross-Claim against Kohl:

1. Denies the allegations contained in the unnumbered paragraph titled "AS AND FOR A CROSS-CLAIM AGAINST THE CO-DEFENDANT MCGRAW HILL."

<u>As to the Prayer for Relief</u>

2. Co-Defendant Kohl is not entitled to any of the relief requested in the Cross-Claim as against Defendant McGraw-Hill.

22151/022/796129.1

### Affirmative and Other Defenses

3. The Cross-Claim (and each Claim therein) fails to state a claim or cause of action on which relief can be granted.

4. The Cross-Claim (and each Claim therein) is barred, in whole or in part, by unclean hands, estoppel, waiver, license, implied consent, ratification and/or acquiescence.

5. The Cross-Claim (and each Claim therein) is barred by Cross-Claimant's breach of contract with Defendant McGraw-Hill.

### Cross-Claim Against Dr. Lewis Kohl

1. By reason of Kohl's contractual agreements as well as implied and express warranties, McGraw-Hill is entitled to complete indemnification by Kohl for any losses, expenses, fees or costs arising out of or in connection with the claims in this action.


WHEREFORE, Defendant The McGraw-Hill Companies, Inc. (sued herein as shown in the caption), demands judgment that

    A.    the Cross-Claim be dismissed with prejudice;

    B.    McGraw-Hill be awarded from Co-Defendant Kohl any and all losses and expenses it incurs arising out of or in connection with the claims in this action; and

C.   McGraw-Hill be awarded from Co-Defendant Kohl its full costs, including reasonable attorney's fees, and be granted such other relief as the Court may deem just and proper.

Dated:  New York, NY
        July 18, 2007

                                   s/ Richard Dannay
                                   Richard Dannay (RD-9407)
                                   COWAN, LIEBOWITZ & LATMAN, P.C.
                                   1133 Avenue of the Americas
                                   35th Floor
                                   New York, NY 10036-6799
                                   Phone (212) 790-9200
                                   Fax   (212) 575-0671

                                   Attorneys for Defendant
                                   The McGraw-Hill Companies, Inc.

TO:   Gustavo L. Vila
      KUCZINSKI, VILA & ASSOCIATES, LLP
      Attorneys for Defendant Dr. Lewis Kohl
      220 White Plains Road, 2nd Floor
      Tarrytown, New York 10591


      Edward C. Greenberg, P.C.
      Attorney for Plaintiff
      570 Lexington Avenue
      17th Floor
      New York, NY 10022
      Phone (212) 697-8777

- 3 -