UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAUL SUTHERLAND PHOTOGRAPHY LLC,         Index No. 07CV3748

                                 Plaintiff,

      -against-

THE MCGRAW HILL COMPANIES ET AL.,         **NOTICE OF CHANGE OF ADDRESS**

                              Defendants.
-----------------------------------------------------------------X

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for EDWARD C. GREENBERG, ESQ.:

*Law firm name*

    From: Greenberg and Reicher, LLP

    To:    Edward C. Greenberg, P.C.

*Address*

    From: 50 East 42nd Street, 17th Floor, New York, NY 10017

    To:    570 Lexington Avenue, 17th Floor, New York, NY 10022

*The telephone number, fax number, and e-mail address remain the same.*

Dated: July 23, 2007

                                                   EDWARD C. GREENBERG
                                                   EDWARD C. GREENBERG, PC.
                                                   570 Lexington Avenue, 17th Floor
                                                   New York, NY 10022
                                                   Phone: (212) 697-8777
                                                   Fax:   (212) 697-2528
                                                   e-mail: ecglaw@aol.com