```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
PAUL SUTHERLAND PHOTOGRAPHY, LLC.        DEFENDANT'S FIRST SET
                                         OF INTERROGATORIES TO
              Plaintiff,                 PLAINTIFF

       -against-

THE MCGRAW HILL COMPANIES and DR.        Docket: 07 CIV 3748
LEWIS KOHL                               Hon. Jed S. Rakaoff

              Defendants.
---------------------------------------X
```

PLEASE TAKE NOTICE, that pursuant to Rule 33 of the Federal Rules of Civil Procedure and the United States District Court for the Southern District, Local Rule 33.3, Defendant, Dr. Lewis Kohl by his attorneys, Kuczinski, Vila & Assocaties, LLP. hereby demands that the plaintiff respond to the following Interrogatories:

1. The name and address, if not an employee of a party, and if an employee of a party, the title of any and all witnesses with knowledge or information relevant to any of the allegations in the Complaint including the computation of each and every category of damages alleged to have been sustained by the plaintiff.

2. A concise, detailed description, calculation, computation and statement of each and every category of damages alleged to have been sustained by the plaintiff in the Complaint;

3. A general description of all relevant documents relating to any of the allegations set forth in the Complaint or with regard to plaintiff's compilation of damages, the location of any and all such relevant documentation and the name and address of the custodian of such documentation as well as a description, the location and the name and address of the custodian of any other physical evidence or other evidence of a similar nature relating to any of the allegations of the subject matter of the action or with regard to the computation of any category of damages alleged by the plaintiff in the Complaint.

Dated: Tarrytown, New York
July 25, 2007

                        Yours, etc.

                        _____
                        Gustavo L. Vila (GV0436)
                        KUCZINSKI, VILA & ASSOCIATES, LLP
                        Attorneys for Defendant
                        DR. LEWIS KOHL
                        220 White Plains Road, 2nd Floor
                        Tarrytown, New York 10591
                        (914) 347-7333

TO:

EDWARD C. GREENBURG, P.C. (ECG 553)
Attorney for Plaintiff
100 Park Avenue, 33rd Floor
New York, New York 10017
(212) 697-8777

COWAN LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendant
The McGraw Hill Companies, Inc.
1133 Avenue of the Americas
35th Floor
New York, New York 10036-6799

STATE OF NEW YORK, COUNTY OF NEW YORK    ss.:

**AFFIDAVIT OF SERVICE BY MAIL**

Gustavo L. Vila, being duly sworn, deposes and says that deponent is a member of the firm of Kuczinski, Vila & Associates, LLP., the attorneys for Dr. Lewis Kohl, is over the age of eighteen and is not a party to this action.

On July 26, 2007, deponent served the within Defendant's First Set of Interrogatories to Plaintiff upon:

EDWARD C. GREENBURG, P.C. (ECG 553)
Attorney for Plaintiff
100 Park Avenue, 33rd Floor
New York, New York 10017
(212) 697-8777

COWAN LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendant
The McGraw Hill Companies, Inc.
1133 Avenue of the Americas
35th Floor
New York, New York 10036-6799
(212) 790-9200

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in - a post office - official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
Gustavo L. Vila (GV0436)

Sworn to before me
this 26 Day of July 2007

_____

GLADYS S. OVADIA
Notary Public, State of New York
No. 01OV5062843
Qualified in Rockland County
Commission Expires July 8, 2010

- 3 -

INDEX NO.: 07 CIV 3748

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SUTHERLAND PHOTOGRAPHY, LLC.

        Plaintiff,

-against-

THE MCGRAW HILL COMPANIES and DR. LEWIS KOHL

        Defendants.

**DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF**

**Kuczinski, Vila & Associates, LLP.**
Attorneys for Defendant
Dr. Lewis Kohl
220 White Plains Road
Tarrytown, New York 10591
(914) 347-7333

**CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. §130-1.1a**

Gustavo L. Vila, Esq. hereby certifies that, pursuant to 22 N.Y.C.R.R. §130-1.1a, the foregoing Defendant's First Set of Interrogatories to Plaintiff is not frivolous nor frivolously presented.

Dated: Tarrytown, New York
July 25, 2007

Gustavo L. Vila (GV0436)

**PLEASE TAKE NOTICE**

☐ that the within is a true copy of a _____ entered in the office of the clerk of the within named Court on _____.

☐ that a _____ of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court at _____, on at 9:30 a.m.

**Kuczinski, Vila & Associates, LLP.**
Attorneys for Defendant
Dr. Lewis Kohl
220 White Plains Road
Tarrytown, New York 10591
(914) 347-7333

GLV/cmp