UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
PAUL SUTHERLAND PHOTOGRAPHY, LLC.

                 Plaintiff,

     -against-

THE MCGRAW HILL COMPANIES and DR.
LEWIS KOHL

                Defendants.
---------------------------------------X

**DEFENDANT'S FIRST SET OF INTERROGATORIES TO DEFENDANT, THE MCGRAW HILL COMPANIES**

Docket: 07 CIV 3748
Hon. Jed S. Rakaoff

       PLEASE TAKE NOTICE, that pursuant to Rule 33 of the Federal Rules of Civil Procedure and the United States District Court for the Southern District, Local Rule 33.3, Defendant, Dr. Lewis Kohl by his attorneys, Kuczinski, Vila & Associates, LLP. hereby demands that the defendant, The McGraw Hill Companies respond to the following Interrogatories:

       1.   The name and address, if not an employee of a party, and if an employee of a party, the title of any and all witnesses with knowledge or information relevant to any of the allegations in the Complaint, the defendant's answer and affirmative defenses and defendant's cross-claim and affirmative defenses, including the computation of each and every category of damages alleged to have been sustained by the defendant, The McGraw Hill Companies.

       2.   Provide a detailed description, computation, calculation and statement of each category of any defense, set off, reduction and/or mitigation of any damages alleged by plaintiff; and a detailed description, computation, calculation and statement of any damage defendant claims on its cross-claim against defendant, Dr. Lewis Kohl; and

       3.   A general description of all relevant documents relating to any of the allegations set forth in the Complaint the defendant's answer and affirmative defenses and defendant's cross-claim and affirmative defenses or with regard to plaintiff's compilation of damages or defendant's compilation or computation of damages on the cross-claim, the location of any all such relevant

documentation and the name and address of the custodian of such
documentation as well as a description, the location and the name
and address of the custodian of any other physical evidence or
other evidence of a similar nature relating to any of the
allegations of the subject matter of the action or with regard to
the computation of any category of damages alleged by the plaintiff
in the Complaint, the defendant's answer and affirmative defenses
and defendant's cross-claim and affirmative defenses.


Dated:  Tarrytown, New York
July 25, 2007

                    *Yours, etc.,*

                    _____
                    Gustave V. Vila (GV0436)
                    KUCZINSKI, VILA & ASSOCIATES, LLP
                    Attorneys for Defendant
                    DR. LEWIS KOHL
                    220 White Plains Road, 2nd Floor
                    Tarrytown, New York 10591
                    (914) 347-7333

TO:

COWAN LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendant
The McGraw Hill Companies, Inc.
1133 Avenue of the Americas
35th Floor
New York, New York 10036-6799


EDWARD C. GREENBURG, P.C. (ECG 553)
Attorney for Plaintiff
100 Park Avenue, 33rd Floor
New York, New York 10017
(212) 697-8777


                        - 2 -

STATE OF NEW YORK, COUNTY OF NEW YORK    ss.:

### AFFIDAVIT OF SERVICE BY MAIL

Gustavo L. Vila, being duly sworn, deposes and says that deponent is a member of the firm of Kuczinski, Vila & Associates, LLP., the attorneys for Dr. Lewis Kohl, is over the age of eighteen and is not a party to this action.

On July 26, 2007, deponent served the within Defendant's First Set of Interrogatories to Defendant, The McGraw Hill Companies upon:

EDWARD C. GREENBURG, P.C. (ECG 553)
Attorney for Plaintiff
100 Park Avenue, 33rd Floor
New York, New York 10017
(212) 697-8777

COWAN LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendant
The McGraw Hill Companies, Inc.
1133 Avenue of the Americas
35th Floor
New York, New York 10036-6799
(212) 790-9200

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in - a post office - official depository under the exclusive care and custody of the United States post office department within the State of New York.

Gustavo L. Vila (GV0436)

Sworn to before me
this 26 Day of July 2007

GLADYS S. OVADIA
Notary Public State of New York
No. 01OV5062843
Qualified in Rockland County
Commission Expires July 8, 2010

- 3 -

INDEX NO.: 07 CIV 3748

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SUTHERLAND PHOTOGRAPHY, LLC.

                    Plaintiff,

          -against-

THE MCGRAW HILL COMPANIES and DR. LEWIS KOHL

                    Defendants.

---

**DEFENDANT'S FIRST SET OF INTERROGATORIES TO DEFENDANT, THE MCGRAW HILL COMPANIES**

**Kuczinski, Vila & Associates, LLP.**
Attorneys for Defendant
Dr. Lewis Kohl
220 White Plains Road
Tarrytown, New York 10591
(914) 347-7333

---

**CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. §130-1.1a**

          Gustavo L. Vila, Esq. hereby certifies that, pursuant to 22 N.Y.C.R.R. §130-1.1a, the foregoing Defendant's First Set of Interrogatories to Defendant, The McGraw Hill Companies  is not frivolous nor frivolously presented.

Dated:     Tarrytown, New York                          Gustavo L. Vila (GV0436)
           July 25, 2007

---

*PLEASE TAKE NOTICE*

☐          *that the within is a true copy of a              entered in the office of the clerk of the within named*
           *Court on   .*

☐          *that a              of which the within is a true copy will be presented for settlement to the Hon. one of*
           *the judges of the within named Court at              , on at 9:30 a.m.*

**Kuczinski, Vila & Associates, LLP.**
Attorneys for Defendant
Dr. Lewis Kohl
220 White Plains Road
Tarrytown, New York 10591
(914) 347-7333

GLV/cmp