```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
PAUL SUTHERLAND PHOTOGRAPHY, LLC.          ANSWER TO CROSS-CLAIM

              Plaintiff,
                                           Docket: 07 CIV 3748
     -against-                             Hon. Jed S. Rakaoff

THE MCGRAW HILL COMPANIES and DR.
LEWIS KOHL

              Defendants.
---------------------------------------X
```

### ANSWER TO CROSS-CLAIM OF THE MCGRAW HILL COMPANIES

Defendant, Dr. Lewis Kohl, by his attorneys, Kuczinski, Vila & Associates, LLP., for its Answer to Cross-Claim of The McGraw Hill Companies:

1. Denies the allegations contained in Paragraph #1 of the Cross-Claim.

2. Co-Defendant, The McGraw Hill Companies is not entitled to any of the relief requested in this Cross-Claim as against defendant, Dr. Lewis Kohl.

### AFFIRMATIVE AND OTHER DEFENSES

3. The Cross-Claim (and each Claim therein) fails to state a claim or cause of action on which relief can be granted.

4. The Cross-Claim (and each Claim therein) is barred, in whole or in part, by unclean hands, estoppel, waiver, license, implied consent, ratification and/or acquiescence.

5. The Cross-Claim (and each Claim therein) is barred by Cross-Claimant's copyright infringement, breach of contract, agreement, release and/or license, with defendant, Dr. Lewis Kohl and/or with the plaintiff Paul Sutherland Photography, LLC.

WHEREFORE, defendant Dr. Lewis Kohl demands judgment that

A. the Cross-Claim be dismissed with prejudice;

B. Dr. Lewis Kohl be awarded from co-defendant The McGraw Hill Companies all judgments, damages, losses and expenses it incurs arising out of or in connection with the claims in this action; and

C. Dr. Lewis Kohl be awarded from co-defendant The McGraw Hill Companies his full costs, including reasonable attorney's fees, and be granted such other relief as the Court may deem just and proper.

Dated: Tarrytown, New York
July 25, 2007

Yours, etc,

_____
Gustavo L. Vila (GV0436)
KUCZINSKI, VILA & ASSOCIATES, LLP
Attorneys for Defendant
DR. LEWIS KOHL
220 White Plains Road, 2nd Floor
Tarrytown, New York 10591
(914) 347-7333

TO:

COWAN LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendant
The McGraw Hill Companies, Inc.
1133 Avenue of the Americas
35th Floor
New York, New York 10036-6799

EDWARD C. GREENBURG, P.C. (ECG 553)
Attorney for Plaintiff
100 Park Avenue, 33rd Floor
New York, New York 10017
(212) 697-8777

STATE OF NEW YORK, COUNTY OF NEW YORK    ss.:

### AFFIDAVIT OF SERVICE BY MAIL

Gustavo L. Vila, being duly sworn, deposes and says that deponent is a member of the firm of Kuczinski, Vila & Associates, LLP., the attorneys for Dr. Lewis Kohl, is over the age of eighteen and is not a party to this action.

On July 26, 2007, deponent served the within Answer to Cross-Claim upon:

EDWARD C. GREENBURG, P.C. (ECG 553)
Attorney for Plaintiff
100 Park Avenue, 33rd Floor
New York, New York 10017
(212) 697-8777

COWAN LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendant
The McGraw Hill Companies, Inc.
1133 Avenue of the Americas
35th Floor
New York, New York 10036-6799
(212) 790-9200

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in - a post office - official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
Gustavo L. Vila (GV0436)

Sworn to before me
this 26 Day of July 2007

_____

GLADYS S. OVADIA
Notary Public, State of New York
No. 01OV5062843
Qualified in Rockland County
Commission Expires July 8, 2010

- 3 -

INDEX NO.: 07 CIV 3748

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL SUTHERLAND PHOTOGRAPHY, LLC.

        Plaintiff,

-against-

THE MCGRAW HILL COMPANIES and DR. LEWIS KOHL

        Defendants.

## ANSWER TO CROSS-CLAIM

**Kuczinski, Vila & Associates, LLP.**
Attorneys for Defendant
Dr. Lewis Kohl
220 White Plains Road
Tarrytown, New York 10591
(914) 347-7333

### CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. §130-1.1a

    Gustavo L. Vila, Esq. hereby certifies that, pursuant to 22 N.Y.C.R.R. §130-1.1a, the foregoing Answer to Cross-Claim is not frivolous nor frivolously presented.

Dated:    Tarrytown, New York
            July 25, 2007

                                    Gustavo L. Vila (GV0436)

***PLEASE TAKE NOTICE***

☐    that the within is a true copy of a _____ entered in the office of the clerk of the within named Court on _____ .

☐    that a _____ of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court at _____ , on at 9:30 a.m.

**Kuczinski, Vila & Associates, LLP.**
Attorneys for Defendant
Dr. Lewis Kohl
220 White Plains Road
Tarrytown, New York 10591
(914) 347-7333

GLV/cmp

- 4 -