**From:**      <pasuther@eclipse.net>
**To:**        <LKohl@chpnet.org>
**Date:**      5/24/2007 2:04:44 PM
**Subject:**   Re: chironex at the foot of a bather

Lewis,

You were included in the suit as I understand it as a matter of course. I
did not handle the issue myself.

My lawyers will I am sure be in touch with you. I am on the West Coast
for the next week. I am not sure what I can tell you.

Paul

On May 22, 2007, at 4:40 PM, Lewis Kohl wrote:

Paul,
I just got home from vacation, and was rather startled to see that you are
suing me. As I'm sure you recall, although I gladly paid your fee, I
literally gave you the release form for you to edit, and you concluded the
deal directly with the publisher. I received no compensation for my work
on this book chapter (not even the free books I was promised), and have no
responsibility for, or control over the actions of the publisher. I find
it offensive that the publisher violated your agreement, and I fully
support your entitlement to compensation. I would like to discuss the
situation with you. Please call me at work, 718-780-4842, or at home in
the evening, 914-669-4647. thanks

Peace
Best Regards

----
Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f: 609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com

**CC:**        <Ecglaw@aol.com>

Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f:609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com

Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f:609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com

**From:**      Binita Shah <binita1@optonline.net>
**To:**        <lkohl@chpnet.org>
**Date:**      11/4/2005 12:09:04 PM
**Subject:**   Permission form -for Mr. Sutherland

Hi Dr. Kohl,

Please see the attchaed permission copy. Let Mr. Sutherland sign the copy and send it back to you and me.
Please also let me know ASAP how he wants credit to be given under these figures.
At present you have written: : "Photo courtesy of Paul Sutherland"  Dose he need any other line of credit ?

Thanks,
Binita


**CC:**        BINITA SHAH <binita1@hotmail.com>

**From:**      Paul Sutherland <pasuther@eclipse.net>
**To:**        Lewis Kohl <lkohl@chpnet.org>
**Date:**      11/7/2005 5:08:52 PM
**Subject:**   Re: chironex at the foot of a bather

Hi Lewis,

Thanks for your email and phone call. Please use the following credit:

Paul Sutherland/ Sutherlandimages.com .

Congratulations! Do let me know when the book is published.

I have been chasing a story on the Chilean sea bass issue which has me all over the Southern Hemisphere. Exciting but time to finish shooting and work other ideas. Hope to publish mid-next year. You will appreciate that I expect to spend most December shooting the toothfish fishery in the Ross Sea. With luck we'll get a shot at a few friendly leopards.

Take Care.

Paul

On Nov 2, 2005, at 5:31 PM, Lewis Kohl wrote:

> Paul,
> believe it or not, the emergency medicine atlas in which your
> pictures are to appear is finally getting close to being
> published.  Unfortunately, Andrea Seils, the editor with whom you
> dealt, is no longer with the company.  can you remind me of how
> you'd like your photos attributed?  I don't want them to screw it
> up.  Shoot anything interesting lately?
> Regards,
> Lew Kohl
>
> >>> Paul Sutherland <pasuther@eclipse.net> 5/23/2003 3:46:58 PM >>>
> Here you go. Blue Bottle.

Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f:609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com

**From:**     Paul Sutherland <pasuther@eclipse.net>
**To:**       Lewis Kohl <LKohl@chpnet.org>
**Date:**     11/8/2005 2:20:47 PM
**Subject:**  Re: chironex at the foot of a bather

Narwhales sound interesting.   Love meet to Joran as well. Lets keep
in touch.  It will depend on the editorial schedule, though, I am
afraid. Gotta try and pay the bills.
Thanks for the scan.

Paul

On Nov 8, 2005, at 2:10 PM, Lewis Kohl wrote:

> the magazine is still on my counter at home.  I'll scan it for you
> tonight.  I still toy with the idea of shooting narwhales and
> walruses someday if you're interested.  My buddy from Antarctica,
> Joran, runs those trips occasionally.
>
> >>> Paul Sutherland <pasuther@eclipse.net> 11/8/2005 2:01:15 PM >>>
> Hey,  I meant to write:  Do send a book.   Boy what one letter will
> do to you.
>
> I didn't know it had been used. I'll have to look in to it. Do you
> remember the credit line on the shot. If you have a scanner I'd
> love you to scan and send me the page at 110 dpi.
>
> I am in good company.  Be fun to go shoot together some where.
>
> Paul
>
>
>
> On Nov 8, 2005, at 1:40 PM, Lewis Kohl wrote:
>
>> to be honest, I had more fun snorkeling after the dives.  that
>> seemed to be when the leopards would come to play.  It will also
>> lower the complexity of your life  down there tenfold.  Let me
>> know when your work is being published.  I'd like to see it.  I
>> saw "Chironex at the foot of a bather" in Scubadiving last month.
>> I was quoted in the same article.  small world!
>>
>> >>> Paul Sutherland <pasuther@eclipse.net> 11/8/2005 11:36:41 AM >>>
>> Looks cold!  Can't wait.   Unfortunately most of my work will on
>> snorkle.
>> No support for scuba.
>>
>> So send a book.  That would be nice.
>>
>> Good Luck
>>
>> Paul
>>
>>
>> On Nov 8, 2005, at 11:28 AM, Lewis Kohl wrote:
>>

>>> Hi Paul,
>>> good to hear from you.  I forwarded your credit line to the new
>>> editor.  I'll get you a copy of the book when it comes out.
>>> I still dream of Antarctica.  I really want to get to South
>>> Georgia Island.  Did I ever show you this photo?  It should get
>>> you in the mood for diving down there.  I had terrible trouble
>>> with my housing/flash sync by the way.  You may want to test
>>> yours in icewater before you leave!  regards
>>>
>>> >>> Paul Sutherland <pasuther@eclipse.net> 11/7/2005 5:11:27 PM >>>
>>> Hi Lewis,
>>>
>>> Thanks for your email and phone call. Please use the following
>>> credit:
>>>
>>> Paul Sutherland/ Sutherlandimages.com .
>>>
>>> Congratulations! Do let me know when the book is published.
>>>
>>> I have been chasing a story on the Chilean sea bass issue which has
>>> me all over the Southern Hemisphere. Exciting but time to finish
>>> shooting and work other ideas. Hope to publish mid-next year.  You
>>> will appreciate that I expect to spend most December shooting the
>>> toothfish fishery in the Ross Sea. With luck we'll get a shot at a
>>> few friendly leopards.
>>>
>>> Take Care.
>>>
>>> Paul
>>>
>>>
>>>
>>>
>>> On Nov 2, 2005, at 5:31 PM, Lewis Kohl wrote:
>>>
>>> > Paul,
>>> > believe it or not, the emergency medicine atlas in which your
>>> > pictures are to appear is finally getting close to being
>>> > published.  Unfortunately, Andrea Seils, the editor with whom you
>>> > dealt, is no longer with the company.  can you remind me of how
>>> > you'd like your photos attributed?  I don't want them to screw it
>>> > up.  Shoot anything interesting lately?
>>> > Regards,
>>> > Lew Kohl
>>> >
>>> > >>> Paul Sutherland <pasuther@eclipse.net> 5/23/2003 3:46:58 PM
>>> >>>
>>> > Here you go. Blue Bottle.
>>>
>>> Paul Sutherland
>>> Paul Sutherland Photography
>>> Princeton, NJ
>>>
>>> t: 609-252-9710
>>> f:609-683-5854
>>>

>>> www.sutherlandimages.com
>>> www.sutherlandstock.com
>>>
>>>
>>> <me in drysuit[1].JPG>
>>
>> Paul Sutherland
>> Paul Sutherland Photography
>> Princeton, NJ
>>
>> t: 609-252-9710
>> f:609-683-5854
>>
>> www.sutherlandimages.com
>> www.sutherlandstock.com
>>
>>
>>
>
> Paul Sutherland
> Paul Sutherland Photography
> Princeton, NJ
>
> t: 609-252-9710
> f:609-683-5854
>
> www.sutherlandimages.com
> www.sutherlandstock.com
>
>
>

Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f:609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com

**From:**      Binita Shah <binita1@optonline.net>
**To:**        Lewis Kohl <LKohl@chpnet.org>
**Date:**      11/10/2005 10:18:47 PM
**Subject:**   I need copy of the permissions  --

Thank you --I took care of all the photos with proper credits

Please let your secretary page me first and then fax me the permissions.
I need to send copies to McGraw-Hill.
Binita
----- Original Message -----
From: Lewis Kohl
To: Binita Shah
Sent: Wednesday, November 09, 2005 5:44 PM
Subject: Re: Important Question --


Hi Binita,
yes, Portuguese Man of War is also Paul Sutherland's, not mine, giving him 3.

>>> Binita Shah <binita1@optonline.net> 11/8/2005 9:45 PM >>>

No problem--I will exactly follow what you have written--

Important question:

How many photos Paul Sutherland has contributed ?

According to your original copy of the manuscript, I see two photos with his name
  1.. Chironex fleckeri at the foot of a bather and
  2.. Tentacle prints on the hand of a researcher
 I am not sure why Man-of-War or Blue Bottle photo has also his name in the galleys--can you please
confirm --do you a copy of the manuscript that you sent to us ?
 Is man-of -war your photo or his ?

And two photos from Mr. Carl Roessler (stone fish and Blue ringed octopus)

 please help in confirming this ---

----- Original Message -----
From: Lewis Kohl
To: Binita Shah
Sent: Tuesday, November 08, 2005 10:39 AM
Subject: Re: Permission form for Mr. Roessler


Binita,
finally heard from Paul Sutherland.  this is how he is to be credited:

Paul Sutherland/ Sutherlandimages.com
thanks
>>> Binita Shah <binita1@optonline.net> 11/4/2005 11:12:44 AM >>>

Hi Dr. Kohl,

Please see the attchaed permission copy. Let Mr. Roessler sign the copy and send it back to you and

me.
    Please also let me know ASAP how he wants credit to be given under these figures.
    At present you have written: : "Photo courtesy of Carl Roessler"  Dose he need any other line of credit
?

Thanks,
Binita


**CC:**               BINITA SHAH <binita1@hotmail.com>

**From:**       Binita Shah <binita1@optonline.net>
**To:**         Lewis Kohl <lkohl@chpnet.org>
**Date:**       11/10/2005 11:12:39 PM
**Subject:**      Re: I need copy of the permissions  --

Unfortunately they can not find it and Andrea has left McGraw-Hill so we
will have to get it again--sorry for the extra work--Binita
----- Original Message -----
From: "Lewis Kohl" <lkohl@chpnet.org>
To: <binita1@optonline.net>
Sent: Thursday, November 10, 2005 10:30 PM
Subject: Re: I need copy of the permissions --


> Mcgraw hill has the permission from Paul Sutherland, but if you need it
> again, I'll ask him.
>
>>>> Binita Shah <binita1@optonline.net> 11/10/05 10:16 PM >>>
> Thank you --I took care of all the photos with proper credits
>
> Please let your secretary page me first and then fax me the permissions.
>
> I need to send copies to McGraw-Hill.
> Binita
> ----- Original Message -----
> From: Lewis Kohl
> To: Binita Shah
> Sent: Wednesday, November 09, 2005 5:44 PM
> Subject: Re: Important Question --
>
>
> Hi Binita,
> yes, Portuguese Man of War is also Paul Sutherland's, not mine, giving
> him 3.
>
> >>> Binita Shah <binita1@optonline.net> 11/8/2005 9:45 PM >>>
>
> No problem--I will exactly follow what you have written--
>
> Important question:
>
> How many photos Paul Sutherland has contributed ?
>
> According to your original copy of the manuscript, I see two photos
> with his name
>    1.. Chironex fleckeri at the foot of a bather and
>    2.. Tentacle prints on the hand of a researcher
> I am not sure why Man-of-War or Blue Bottle photo has also his name in
> the galleys--can you please confirm --do you a copy of the manuscript
> that you sent to us ?
> Is man-of -war your photo or his ?
>
> And two photos from Mr. Carl Roessler (stone fish and Blue ringed
> octopus)
>
> please help in confirming this ---

> ----- Original Message -----
> From: Lewis Kohl
> To: Binita Shah
> Sent: Tuesday, November 08, 2005 10:39 AM
> Subject: Re: Permission form for Mr. Roessler
>
>
> Binita,
> finally heard from Paul Sutherland.  this is how he is to be
> credited:
>
> Paul Sutherland/ Sutherlandimages.com
> thanks
> >>> Binita Shah <binita1@optonline.net> 11/4/2005 11:12:44 AM >>>
>
> Hi Dr. Kohl,
>
> Please see the attchaed permission copy. Let Mr. Roessler sign the
> copy and send it back to you and me.
> Please also let me know ASAP how he wants credit to be given under
> these figures.
> At present you have written: : "Photo courtesy of Carl Roessler"
> Dose he need any other line of credit ?
>
> Thanks,
> Binita
>

**CC:**            BINITA SHAH <binita1@hotmail.com>

**From:** Paul Sutherland <pasuther@eclipse.net>
**To:** "Lewis Kohl" <lkohl@chpnet.org>
**Date:** 11/11/2005 9:28:34 AM
**Subject:** Re: chironex at the foot of a bather

Hey,

Easier,  Can she send another for me to sign ASAP ( read: who knows
where it is right now).  I'll fax back to both of you.

I'm here.

P.
On Nov 11, 2005, at 9:00 AM, Lewis Kohl wrote:

> my chapter editor just called me.  they can't find your permissions
> document.  I must have a copy of it at home, but if you could find a
> copy of it and fax it to me at 718-780-4849, that would be great.
> thanks
>
>
>>>> Paul Sutherland <pasuther@eclipse.net> 11/11/05 7:11 AM >>>
>>>>
> Hi,
>
> Thanks. Needed to make sure. Next we'll see if the stock agency
> notifies me.  Do appreciate the heads up. On the credits they make
> them as small as they cane and as indistinguishable as possible -
> small I understand but why hide the credit.  But take a look. Stephen
> Frink is in Big Black  letters where ever his name is.
>
> Oh, well . Seapics and I will not be together too much longer anyway
> - for much of my work anyway.
>
> Enjoy
> Paul
>
>
> On Nov 10, 2005, at 10:35 PM, Lewis Kohl wrote:
>
>
>> You are credited as:  Paul Sutherland/Seapics.com.  I must have
>> just cut
>> it off on the copy I sent you, but I must say, the credit is not very
>> prominent.  I had to look very closely to find it.  It's to the
>> inside
>> of the text, just to the right of the Ascend Safely column, in a very
>> light font.
>>
>>
>>
>>>>> Paul Sutherland <pasuther@eclipse.net> 11/08/05 2:22 PM >>>
>>>>>
>>>>>
>> Narwhales sound interesting.   Love meet to Joran as well. Lets keep
>> in touch.  It will depend on the editorial schedule, though, I am

>> afraid. Gotta try and pay the bills.
>> Thanks for the scan.
>>
>> Paul
>>
>> On Nov 8, 2005, at 2:10 PM, Lewis Kohl wrote:
>>
>>
>>
>>> the magazine is still on my counter at home.  I'll scan it for you
>>> tonight.  I still toy with the idea of shooting narwhales and
>>> walruses someday if you're interested.  My buddy from Antarctica,
>>> Joran, runs those trips occasionally.
>>>
>>>
>>>
>>>>>> Paul Sutherland <pasuther@eclipse.net> 11/8/2005 2:01:15 PM >>>
>>>>>>
>>>>>>
>>> Hey, I meant to write:  Do send a book.  Boy what one letter will
>>> do to you.
>>>
>>> I didn't know it had been used. I'll have to look in to it. Do you
>>> remember the credit line on the shot. If you have a scanner I'd
>>> love you to scan and send me the page at 110 dpi.
>>>
>>> I am in good company.  Be fun to go shoot together some where.
>>>
>>> Paul
>>>
>>>
>>>
>>> On Nov 8, 2005, at 1:40 PM, Lewis Kohl wrote:
>>>
>>>
>>>
>>>> to be honest, I had more fun snorkeling after the dives.  that
>>>> seemed to be when the leopards would come to play.  It will also
>>>> lower the complexity of your life  down there tenfold.  Let me
>>>> know when your work is being published.  I'd like to see it.  I
>>>> saw "Chironex at the foot of a bather" in Scubadiving last month.
>>>> I was quoted in the same article.  small world!
>>>>
>>>>
>>>>
>>>>>>> Paul Sutherland <pasuther@eclipse.net> 11/8/2005 11:36:41 AM >>>
>>>>>>>
>>>>>>>
>>>> Looks cold! Can't wait.   Unfortunately most of my work will on
>>>> snorkle.
>>>> No support for scuba.
>>>>
>>>> So send a book.  That would be nice.
>>>>
>>>> Good Luck
>>>>

>>>> Paul
>>>>
>>>>
>>>> On Nov 8, 2005, at 11:28 AM, Lewis Kohl wrote:
>>>>
>>>>
>>>>
>>>>> Hi Paul,
>>>>> good to hear from you.  I forwarded your credit line to the new
>>>>> editor.  I'll get you a copy of the book when it comes out.
>>>>> I still dream of Antarctica.  I really want to get to South
>>>>> Georgia Island.  Did I ever show you this photo?  It should get
>>>>> you in the mood for diving down there.  I had terrible trouble
>>>>> with my housing/flash sync by the way.  You may want to test
>>>>> yours in icewater before you leave!  regards
>>>>>
>>>>>
>>>>>
>>>>>>>> Paul Sutherland <pasuther@eclipse.net> 11/7/2005 5:11:27 PM >>>
>>>>>>>>
>>>>>>>>
>>>>> Hi Lewis,
>>>>>
>>>>> Thanks for your email and phone call. Please use the following
>>>>> credit:
>>>>>
>>>>> Paul Sutherland/ Sutherlandimages.com .
>>>>>
>>>>> Congratulations! Do let me know when the book is published.
>>>>>
>>>>> I have been chasing a story on the Chilean sea bass issue which
>>>>> has
>>>>> me all over the Southern Hemisphere. Exciting but time to finish
>>>>> shooting and work other ideas. Hope to publish mid-next year.  You
>>>>> will appreciate that I expect to spend most December shooting the
>>>>> toothfish fishery in the Ross Sea. With luck we'll get a shot at a
>>>>> few friendly leopards.
>>>>>
>>>>> Take Care.
>>>>>
>>>>> Paul
>>>>>
>>>>>
>>>>>
>>>>>
>>>>> On Nov 2, 2005, at 5:31 PM, Lewis Kohl wrote:
>>>>>
>>>>>
>>>>>
>>>>>> Paul,
>>>>>> believe it or not, the emergency medicine atlas in which your
>>>>>> pictures are to appear is finally getting close to being
>>>>>> published.  Unfortunately, Andrea Seils, the editor with whom you
>>>>>> dealt, is no longer with the company.  can you remind me of how
>>>>>> you'd like your photos attributed?  I don't want them to screw it
>>>>>> up.  Shoot anything interesting lately?

>>>>>> Regards,
>>>>>> Lew Kohl
>>>>>>
>>>>>>
>>>>>>
>>>>>>>>> Paul Sutherland <pasuther@eclipse.net> 5/23/2003 3:46:58 PM
>>>>>>>>>
>>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>> Here you go. Blue Bottle.
>>>>>>
>>>>>>
>>>>>
>>>>> Paul Sutherland
>>>>> Paul Sutherland Photography
>>>>> Princeton, NJ
>>>>>
>>>>> t: 609-252-9710
>>>>> f:609-683-5854
>>>>>
>>>>> www.sutherlandimages.com
>>>>> www.sutherlandstock.com
>>>>>
>>>>>
>>>>> <me in drysuit[1].JPG>
>>>>>
>>>>>
>>>>
>>>> Paul Sutherland
>>>> Paul Sutherland Photography
>>>> Princeton, NJ
>>>>
>>>> t: 609-252-9710
>>>> f:609-683-5854
>>>>
>>>> www.sutherlandimages.com
>>>> www.sutherlandstock.com
>>>>
>>>>
>>>>
>>>>
>>>>
>>>
>>> Paul Sutherland
>>> Paul Sutherland Photography
>>> Princeton, NJ
>>>
>>> t: 609-252-9710
>>> f:609-683-5854
>>>
>>> www.sutherlandimages.com
>>> www.sutherlandstock.com
>>>
>>>

```
>>>
>>>
>>>
>>
>> Paul Sutherland
>> Paul Sutherland Photography
>> Princeton, NJ
>>
>> t: 609-252-9710
>> f:609-683-5854
>>
>> www.sutherlandimages.com
>> www.sutherlandstock.com
>>
>>
>>
>>
>>
>>
>>
>
> Paul Sutherland
> Paul Sutherland Photography
> Princeton, NJ
>
> t: 609-252-9710
> f:609-683-5854
>
> www.sutherlandimages.com
> www.sutherlandstock.com
>
>
>
>
>
>
```

Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f:609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com

Paul

On Nov 8, 2005, at 1:40 PM, Lewis Kohl wrote:

to be honest, I had more fun snorkeling after the dives. that
seemed to be when the leopards would come to play. It will also
lower the complexity of your life  down there tenfold. Let me
know when your work is being published. I'd like to see it. I
saw "Chironex at the foot of a bather" in Scubadiving last month.
I was quoted in the same article. small world!

Paul Sutherland <pasuther@eclipse.net> 11/8/2005 11:36:41 AM >>>

Looks cold! Can't wait.   Unfortunately most of my work will on
snorkle.
No support for scuba.

So send a book. That would be nice.

Good Luck

Paul

On Nov 8, 2005, at 11:28 AM, Lewis Kohl wrote:

Hi Paul,
good to hear from you. I forwarded your credit line to the new
editor. I'll get you a copy of the book when it comes out.
I still dream of Antarctica. I really want to get to South
Georgia Island. Did I ever show you this photo? It should get
you in the mood for diving down there. I had terrible trouble

with my housing/flash sync by the way.  You may want to test
yours in icewater before you leave!  regards


Paul Sutherland <pasuther@eclipse.net> 11/7/2005 5:11:27 PM >>>


Hi Lewis,


Thanks for your email and phone call. Please use the following
credit:


Paul Sutherland/ Sutherlandimages.com .


Congratulations! Do let me know when the book is published.


I have been chasing a story on the Chilean sea bass issue which has
me all over the Southern Hemisphere. Exciting but time to finish
shooting and work other ideas. Hope to publish mid-next year.  You
will appreciate that I expect to spend most December shooting the
toothfish fishery in the Ross Sea. With luck we'll get a shot at a
few friendly leopards.


Take Care.


Paul


On Nov 2, 2005, at 5:31 PM, Lewis Kohl wrote:


Paul,
believe it or not, the emergency medicine atlas in which your
pictures are to appear is finally getting close to being
published.  Unfortunately, Andrea Seils, the editor with whom you
dealt, is no longer with the company.  can you remind me of how
you'd like your photos attributed?  I don't want them to screw it

up.  Shoot anything interesting lately?
Regards,
Lew Kohl


Paul Sutherland <pasuther@eclipse.net> 5/23/2003 3:46:58 PM




Here you go. Blue Bottle.



Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f:609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com



<me in drysuit[1].JPG>



Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f:609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com

Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f:609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com

Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f:609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com

**From:**     Lewis Kohl
**To:**       pasuther@eclipse.net
**Date:**     5/24/2007 3:29:24 PM
**Subject:**  Re: chironex at the foot of a bather

Paul,
it is of course not just a matter of course for me. I was your customer. You and I made a very
satisfactory arrangement. I was very proud to utilize your photos in my chapter. As I'm sure you and
your attorney know, I had absolutely nothing to do with the behavior of the publisher, or the misuse of
your property. If your agreement with the publisher was violated, I fully support your right to
compensation.
I would certainly appreciate being removed from the suit. I would be happy to discuss this further with
you or your attorney. Thanks for getting back to me.

Lewis Kohl
w-718-780-4842
c-917-567-8413


>>> <pasuther@eclipse.net> 5/24/2007 1:54:51 PM >>>

Lewis,

You were included in the suit as I understand it as a matter of course. I
did not handle the issue myself.

My lawyers will I am sure be in touch with you. I am on the West Coast
for the next week. I am not sure what I can tell you.

Paul

On May 22, 2007, at 4:40 PM, Lewis Kohl wrote:

Paul,
I just got home from vacation, and was rather startled to see that you are
suing me. As I'm sure you recall, although I gladly paid your fee, I
literally gave you the release form for you to edit, and you concluded the
deal directly with the publisher. I received no compensation for my work
on this book chapter (not even the free books I was promised), and have no
responsibility for, or control over the actions of the publisher. I find
it offensive that the publisher violated your agreement, and I fully
support your entitlement to compensation. I would like to discuss the
situation with you. Please call me at work, 718-780-4842, or at home in
the evening, 914-669-4647. thanks

Peace
Best Regards


----
Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f:609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com


**cc:**         Ecglaw@aol.com

**From:**     Lewis Kohl
**To:**       pasuther@eclipse.net
**Date:**     5/24/2007 3:29:24 PM
**Subject:**  Re: chironex at the foot of a bather

Paul,
it is of course not just a matter of course for me. I was your customer. You and I made a very
satisfactory arrangement. I was very proud to utilize your photos in my chapter. As I'm sure you and
your attorney know, I had absolutely nothing to do with the behavior of the publisher, or the misuse of
your property. If your agreement with the publisher was violated, I fully support your right to
compensation.
I would certainly appreciate being removed from the suit. I would be happy to discuss this further with
you or your attorney. Thanks for getting back to me.

Lewis Kohl
w-718-780-4842
c-917-567-8413


>>> <pasuther@eclipse.net> 5/24/2007 1:54:51 PM >>>

Lewis,

You were included in the suit as I understand it as a matter of course. I
did not handle the issue myself.

My lawyers will I am sure be in touch with you. I am on the West Coast
for the next week. I am not sure what I can tell you.

Paul

On May 22, 2007, at 4:40 PM, Lewis Kohl wrote:

Paul,
I just got home from vacation, and was rather startled to see that you are
suing me. As I'm sure you recall, although I gladly paid your fee, I
literally gave you the release form for you to edit, and you concluded the
deal directly with the publisher. I received no compensation for my work
on this book chapter (not even the free books I was promised), and have no
responsibility for, or control over the actions of the publisher. I find
it offensive that the publisher violated your agreement, and I fully
support your entitlement to compensation. I would like to discuss the
situation with you. Please call me at work, 718-780-4842, or at home in
the evening, 914-669-4647. thanks

Peace
Best Regards

----
Paul Sutherland
Paul Sutherland Photography
Princeton, NJ

t: 609-252-9710
f:609-683-5854

www.sutherlandimages.com
www.sutherlandstock.com

**CC:**         Ecglaw@aol.com

**From:**        Lewis Kohl
**To:**          anne_sydor@mcgraw-hill.com
**Date:**        5/29/2007 4:46:02 PM
**Subject:**     Fwd: Re: I need copy of the permissions --

andrea seils

Hi, Dr. Kohl.

Just a quick note to follow-up on your material for Atlas of Pediatric Emergency Medicine by Binita Shah and Mike Lucchesi. How are you progressing with the manuscript and figures? Mike tells me that you should be done any day now- and that would be great!

Are there any questions I can answer regarding preparing your manuscript and figures?

With regards,

Andrea

Andrea L. Seils
Senior Medical Editor
McGraw-Hill
Two Penn Plaza, 12th floor
New York, NY 10121
Phone:   212-904-6021
FAX:       212-904-6045
Email:    andrea_seils@mcgraw-hill.com