*EXHIBIT "B"*

Shah/Atlas of Pediatric Emergency Medicine, 1st ed.

## CONTRIBUTOR'S AGREEMENT

AGREEMENT between Binita Shah, MD and Michael Lucchesi, MD ("Authors"), who are under contract with The McGraw-Hill Companies, Inc. ("McGraw-Hill"), for the publication of a work entitled *Atlas of Pediatric Emergency Medicine* ("the Work"), and the following individuals (whether one or more, the "Contributor"). The parties agree as follows:

*Please print name(s):*

### 1. Manuscript Preparation and Delivery

The Contributor shall supply the Authors, at a time identified by the editors, with a manuscript for the following contribution ("Contribution"), which shall be acceptable to both the Authors and McGraw-Hill in form, content, and substance for publication in the Work:

*Chapter Number/Title:*

Manuscript Pages:

### 2. Permissions

a. The Contributor shall procure, at the Contributor's expense on the form(s) provided by the Authors, written permission to include in the Contribution any copyrighted material as well as any other material for which permission is necessary in connection with the Contributor's warranty in Section 5. The Contributor shall deliver to the Authors an executed copy of all such permissions with the complete manuscript for the Contribution.
b. The Contributor shall notify the Authors in writing of the existence and location of all material taken from documents prepared and published by the United States government, and therefore not subjected to copyright, when it constitutes a significant portion of the Contribution.
c.

### 3. Termination

If the Contributor has not delivered the manuscript for the Contribution by the delivery date specified in Section 1 or either the Authors or McGraw-Hill shall not accept the Contribution as being in form, content and substance acceptable for publication in the Work, the Authors may terminate this Agreement and any manuscript submitted by the Contributor shall be returned to the Contributor. In the event that the Work is not published by McGraw-Hill for any reason, neither the Authors nor McGraw-Hill shall have any liability to the Contributor except to return the manuscript for the Contribution to the Contributor.

### 4. Editorial Changes

The Authors and McGraw-Hill may make such changes in the Contribution as they consider desirable, but the Contributor shall be advised of any major changes in the Contribution.

Please Return to Selina Connor by Fax: 212-904-6096 or mail: Two Penn Plaza, 11th Floor, New York, NY 10121

Shah/Atlas of Pediatric Emergency Medicine, 1st ed.

### 5. Contributor's Warranty

The Contributor represents and warrants to the Authors and McGraw-Hill that the Contributor has full power and authority to enter into this agreement: that the Contribution is original except for material in the public domain and such excerpts from other works as may be included with the written permission of the copyright owners; that the Contribution does not contain any libelous or obscene material or injurious formulas, dosages, drugs, medications, and remedies; that the Contribution does not infringe any trade names, trademark, or copyright; and that the Contribution does not invade or violate any right of privacy, personal or proprietary right, or other common law or statutory fight. The Contributor agrees to indemnify the Authors and McGraw-Hill and hold them harmless from any and all losses, damages, liabilities, costs, charges, and expenses, including reasonable attorneys' fees, arising out of any breach of any of the Contributor's representations and warranties contained in this Agreement or third-party claims relating to the matters covered by these representations and warranties.

### 6. Compensation

If the Contribution is accepted for inclusion in the Work by McGraw-Hill, the Authors agree that each Contributor to the Work shall receive a credit as the preparer of the Contribution in the first edition of the Work in which the contribution appears, and one (1) copy of the Work. Additional copies of the Work may be purchased by the Contributor for personal use, and not for resale, at a discount of 25 percent off McGraw-Hill's then list price f.o.b. McGraw-Hill's warehouse.

### 7. Ownership

The Contributor acknowledges that the Contribution is being specifically ordered and commissioned by the Authors and is to be prepared by the Contributor as a work made for hire. To the extent that any materials prepared by the Contributor do not constitute a work made for hire as a matter of law, the Contributor hereby grants and assigns to the Authors all exclusive rights to the Contribution comprised in the copyright under the copyright laws of the United States, foreign countries, and international copyright conventions, including the right to copyright the Contribution in the name of the Authors or McGraw-Hill.

### 8. Revisions

The Authors and McGraw-Hill reserve the right to determine who shall revise the Contribution in any revised edition of the Work. If, in McGraw-Hill's sole discretion, significant portions of the Contribution are used by a reviser who is not the Contributor, the Contributor shall be given credit with respect to that revision as the original preparer of the Contribution and the reviser shall receive credit as the reviser of the Contribution. No additional compensation shall be payable to the Contributor with respect to any revisions of the Contribution unless the Contributor is requested to prepare the revision, in which event compensation shall be specified in a separate agreement mutually satisfactorily to the Authors and the Contributor.

Please Return to Selina Connor by Fax: 212-904-6096 or mail: Two Penn Plaza, 11th Floor, New York, NY 10121

Shah/Atlas of Pediatric Emergency Medicine, 1st ed.

## 9. Assignments

This Agreement may not be assigned by the Contributor without the prior written consent of the Authors and is binding upon the parties signing it and on their heirs, personal representatives, and assignees. The following parties have signed this Agreement:

_____          _____
Binita Shah, MD                                              Date

_____          _____
Michael Lucchesi, MD                                      Date

_____          _____
Contributor                                                       Date

_____          _____
Contributor                                                       Date

Please Return to Selina Connor by Fax: 212-904-6096 or mail: Two Penn Plaza, 11th Floor, New York, NY 10121