```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
PAUL SUTHERLAND PHOTOGRAPHY LLC,     :
                                     :
            Plaintiff,               :     07 Civ. 3748 (JSR)
                                     :
        -v-                          :         ORDER
                                     :
THE MCGRAW HALL COMPANIES and DR.    :
LEWIS KOHL,                          :
                                     :
            Defendants.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    Confirming the order the Court issued by joint telephone conference on September 24, 2007, the dates for summary judgment motion practice remain the same, to wit, moving papers must be served by November 12, 2007, answering papers must be served by November 26, 2007, reply papers must be served by December 3, 2007, and oral argument and the final pre-trial conference will occur on December 10, 2007 at 4:00 p.m. However, discovery in this case can continue until December 9, 2007, but any discovery taken after November 9, 2007 may not be used in connection with any summary judgment motion or in opposition thereto.

    SO ORDERED.

                                                          _____
                                                          JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
           October 1, 2007