EXECUTION COPY

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF NEW YORK

| | | |
|---|---|---|
| PAUL SUTHERLAND PHOTOGRAPHY LLC | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07 CV 3748 (Judge Rakoff) |
| v. | ) ) ) | [PROPOSED] STIPULATED ORDER OF DISMISSAL |
| MCGRAW HILL COMPANIES and DR. LEWIS KOHL, | ) ) ) | |
| Defendants. | ) | |

Counsel for the parties in the above-captioned matter hereby stipulate and agree to the dismissal of all claims raised in this action with prejudice as settled, with each side to bear its own costs. Accordingly, it is hereby ORDERED that this case is dismissed with prejudice as settled and each side shall bear its own costs and expenses.

_____
Richard Dannay (RD-9407)
Jason D. Sanders (JS-2219)
COWAN, LIEBOWITZ &
LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799
Phone (212) 790-9200
Fax   (212) 575-0671

Attorneys for The McGraw-
Hill Companies, Inc. and
McGraw-Hill Education

Dated: 10/22/09

_____
Edward C. Greenberg
(ECG-553)
EDWARD GREENBERG PC
570 Lexington Ave. 17th
Floor, New York, New York,
10022
Phone (212) 697-8777
Fax   (212) 697-2528

Attorneys for Plaintiff Paul
Sutherland Photography LLC

So Ordered:

_____
United States District Judge

_____
William A. Prinsell
(WAP-0047)
KUCZINSKI, VILA &
ASSOCIATES LLP
220 White Plains Rd., Suite
220, Tarrytown, NY 10591
Phone  (914) 347-7333
Fax    (914) 347-7395

Attorneys for Dr. Lewis Kohl

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-23-07

9

22151/022/806559.4